IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRACY PARKER and STEVE BISSELL,    :
on behalf of themselves and all others similarly  :
situated                              :
                                     :
     v.                            :   CIVIL NO. CCB-12-223
                                     :
STONEMOR PARTNERS, LP, ET AL.     :
                             ...o0o...

## **ORDER**

Having considered the Joint Motion for Final Approval of Settlement and having

conferred with counsel by telephone, it is hereby this 29th day of July, 2014 **ORDERED** that:

1.  the Motion for Final Approval of Settlement, which represents a fair and reasonable

    resolution of a bona fide dispute over FLSA provisions, is **GRANTED** in its entirety;

2.  pursuant to the Settlement Agreement between the parties: (a) the settlement proceeds

    will be distributed to Plaintiffs; and (b) the award of attorney's fees to Plaintiffs'

    counsel is approved and shall be distributed; and

3.  the Clerk shall **CLOSE** this case.


                                                 /s/
                                 Catherine C. Blake
                                 United States District Judge